# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ESTELLA DANIELS, o/b/o L.S.,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    Defendant.

Civil Action 7:11-CV-14 (HL)

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 16) is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g). Plaintiff has filed an objection (Doc. 17) to the Recommendation as permitted by 28 U.S.C. § 636(b)(1).

The Court, after careful consideration of the objections and a *de novo* review of the Recommendation, accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The decision of the Commissioner of Social Security is hereby affirmed. Plaintiff's objection is overruled.

**SO ORDERED**, this the 13th day of March, 2012.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

mbh